■ HUMMINGBIRD RESTAURANT, INC., Appellant, v BRIGHTON COMMONS PARTNERSHIP, Respondent. LEONARD JOHNSON & SONS ENTERPRISES, LTD., Appellant, v BRIGHTON COMMONS PARTNERSHIP, Respondent. (Appeal No. 1.)—Appeal from order insofar as it denied plaintiff's motion to vacate order dismissing plaintiff's causes of action unanimously dismissed as moot (see, Marine Midland Bank v Fisher, 85 AD2d 905) and otherwise order affirmed without costs. Same Memorandum as in Johnson & Sons Enters. v Brighton Commons Partnership ([appeal No. 3] 171 AD2d 1059 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Fritsch, J.—Restore to Calendar.) Present—Dillon, P. J., Denman, Balio, Lawton and Lowery, JJ.

■ LEONARD JOHNSON & SONS ENTERPRISES, LTD., Appellant, v BRIGHTON COMMONS PARTNERSHIP, Respondent. HUMMINGBIRD RESTAURANT, INC., Appellant, v BRIGHTON COMMONS PARTNERSHIP, Respondent. (Appeal No. 2.)—Order unanimously affirmed without costs. Same Memorandum as in Johnson & Sons Enters. v Brighton Commons Partnership ([appeal No. 3] 171 AD2d 1059 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Fritsch, J.—Renewal.) Present—Dillon, P. J., Denman, Balio, Lawton and Lowery, JJ.